1024

THE STATE OF WASHINGTON, *Respondent*, v. MARION COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05270-2, Michael S. Spearman, J., entered January 21, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. S.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06020-4, Eric Watness, J. Pro Tem., entered February 16, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC SALINAS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 98-1-00089-2, John E. Bridges, J., entered November 12, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent*, v. TRACY JAMES MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 99-1-00110-3, Larry M. Kristianson, J., entered October 22, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.